# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # **6**

U.S.C.A. # _____

-------------------------------------------------

*Garner*

-V-

*Lope*

-------------------------------------------------

U.S.D.C. # **08-cv· 3958**

JUDGE: **KMW**

DATE: **July 2, 2008**

## INDEX TO THE RECORD ON APPEAL

JUL 02 2008

PREPARED BY (NAME): **THOMAS R. PISARCZYK**
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------------------

| DOCUMENT DESCRIPTION | DOC. # |
|---|---|
| CLERK'S CERTIFICATE | |
| SEE ATTACHED LIST OF NUMBERED DOCUMENTS | |
| | |
| | |
| | |
| | |
| | |

( ✔ ) **Original Record**          (_____) **Supplemental Record**

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the **2ND** Day of **July**, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

*Gomes*

-v-

*Lope*

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # *08 cv 3958*

JUDGE: *KMW*

DATE: *July 2, 2008*

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|------------|---------------------|
|            |                     |
|            |                     |
|            |                     |
|            |                     |
|            |                     |
|            |                     |
|            |                     |
|            |                     |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **2ND** Day of **JULY** In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____

Deputy Clerk

APPEAL, CLOSED, HABEAS

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-03958-KMW**
**Internal Use Only**

Garner v. Lape
Assigned to: Judge Kimba M. Wood
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/28/2008
Date Terminated: 04/28/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2008 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254. Document filed by Kenyatta Garner.(jeh) (Entered: 05/07/2008) |
| 04/28/2008 | | Magistrate Judge Douglas F. Eaton is so designated. (jeh) (Entered: 05/07/2008) |
| 04/28/2008 | 2 | ORDER OF DISMISSAL; The instant petition for a writ of habeas corpus to 28 U.S.C. 2254 was received by this Court's Pro Se Office on March 24, 2008. ON the same date, the Court also received the attached correspondence from pretitioner advising the Court that petitioner wishes to withdraw this action. Accordingly, this action, is voluntarily dismissed pursuant to Rule 41(a)of the Federal Rules of Civil Procedure. (Signed by Judge Kimba M. Wood on 04/28/2008) (jeh) (Entered: 05/07/2008) |
| 05/29/2008 | 5 | NOTICE OF APPEAL from 2 Order Dismissing Complaint (I.F.P.). Document filed by Kenyatta Garner. (tp) (Entered: 07/01/2008) |
| 05/29/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Kenyatta Garner. NO FEE. IFP GRANTED 6/17/08. COA DENIED 6/11/08. (tp) (Entered: 07/01/2008) |
| 06/11/2008 | 3 | ORDER: By Order dated 4/28/2008, the instant petition was dismissed pursuant to F.R.C.P. 41(a), without prejudice to refiling, because petitioner requested that the matter be voluntarily withdrawn. Petitioner now appeals from the order of dismissal. Given that the petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. 2253. (Signed by Judge Kimba M. Wood on 6/11/2008) (jpo) (Entered: 06/11/2008) |
| 06/18/2008 | 4 | ENDORSEMENT on Declaration in Support of Request to Proceed In Forma Pauperis, I.F.P. REQUEST IS GRANTED. Leave to proceed in this court without payment of fees is authorized. 28 U.S.C. section 1915. (Signed by Judge Kimba M. Wood on 6/17/08) (djc) (Entered: 06/20/2008) |
| 07/01/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 07/01/2008) |
| 07/01/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 07/01/2008) |